**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00330-CR

### JONATHAN LEE SPRADLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-56093-Y

## ORDER

The Court **REINSTATES** the appeal.

On May 10, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed in this appeal. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) Sharon Hazlewood, Gina Udall, Kelly Bryant, and Sharina Fowler are the court reporters who recorded proceedings in the case; (4) Ms. Hazlewood explained that in addition to the time necessary to complete and compile the record, part of the delay was due to her hospitalization for illness in June and the death of her husband; and (5) Ms. Hazlewood stated a complete reporter's record could be filed within thirty days of the July 9, 2013 hearing.

We **ORDER** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to coordinate with court reporters Gina Udall, Kelly Bryant, and Sharina Fowler to file a complete reporter's record, including all exhibits admitted into evidence, by **AUGUST 31, 2013**.

We **DENY** as moot the June 10, 2013 requests of Sharon Hazlewood and Kelly Bryant for thirty-day extensions of time to file the reporter's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7; court reporters Gina Udall, Kelly Bryant, and Sharina Fowler; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE